■ WASHINGTON HEIGHTS FEDERAL SAVINGS AND LOAN ASSOCIATION, Plaintiff, v. LARK ENTERPRISES, INC., et al., Defendants. RALPH GRIMALDI et al., Copartners, Doing Business as GRIMALDI MASON CONTRACTOR, et al., Appellants; and THOMAS B. MARTIN et al., as Trustees of the New York City District Council of Carpenters Pension Fund and Welfare Fund, Respondents.— In a surplus money proceeding resulting from a mortgage foreclosure action, the claimants Grimaldi and Jomido Concrete Construction Corp. appeal from so much of an order of the Supreme Court, Kings County, dated February 6, 1962, as confirmed the report of a Referee, made after a hearing and as directed payment of the surplus moneys, after allowances to the claimants-respondents. Order, insofar as appealed from, affirmed, with costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ WILLIAM G. CREASON, Appellant, v. LORRAINE B. JAEGER et al., Defendants, and SIDNEY NODLAND, Respondent.— Motion by defendant-respondent Nodland to dismiss plaintiff's appeal (1) from an order of the Supreme Court, Nassau County, entered on February 21, 1962, on the ground that notice of appeal therefrom was not timely served; and (2) from an order of the same court, entered on April 4, 1962, denying reargument, on the ground that such order is not appealable. Motion granted, without costs, and appeals from both orders dismissed. Plaintiff's notice of appeal from the order of February 21, 1962 was belatedly served (·Civ. Prac. Act, § 612). Plaintiff's notice of appeal from the order of April 4, 1962 is likewise ineffective, since no appeal lies from an order denying a motion for reargument (*McNees* v. *Scholoff*, 2 A D 2d 820, 821; *Schreck* v. *Schreck*, 283 App. Div. 967; *Torchio* v. *Nacirema Operating Co.*, 283 App. Div. 675; *Winston* v. *Bendix Home Appliances*, 281 App. Div. 1047, 1048). Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.